# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

NICK SUCIU, III, et al.,

       Plaintiff,

CASE NO. 12-12316

HON. MARIANNE O. BATTANI

v.

HEIDI WASHINGTON, et al.,

       Defendants.

_____/

## ORDER OF DISMISSAL

The Court having entered an Opinion and Order Granting Defendants' Reasserted Motion to Dismiss;

**IT IS HEREBY ORDERED** that Plaintiffs' First Amended Complaint is **DISMISSED** in its entirety.

**IT IS SO ORDERED.**

       s/Marianne O. Battani
       MARIANNE O. BATTANI
       UNITED STATES DISTRICT JUDGE

Date: October 11, 2012

## CERTIFICATE OF SERVICE

Copies of this Opinion and Order were mailed and/or electronically filed to counsel of record on this date.

       s/Bernadette M. Thebolt
       Case Manager